UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO J. BECERRA, et al., <br><br>　　　　　　　　　　Plaintiffs, <br><br>v. <br><br>GENERAL MOTORS LLC, et al., <br><br>　　　　　　　　　　Defendants. | Case No.:  15CV2365 JAH (JMA) <br><br>**SCHEDULING ORDER THROUGH CLASS CERTIFICATION MOTION BRIEFING** |

　　　　Pursuant to Rule 16.1(d) of the Local Rules, a Case Management Conference was held on **August 25, 2017**.  After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

　　　　1.　　Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **October 30, 2017**.

　　　　2.　　A telephonic Case Management Conference will be held on **December 13, 2017** at **9:30 a.m.**  Counsel for each party shall participate in the conference, and shall use the following call-in information:  Dial-In Number 866-590-5055, Access Code 2275709.

　　　　3.　　All fact discovery necessary for briefing Plaintiffs' forthcoming motion for class certification shall be completed by all parties by **February 23, 2018**.

1

"Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel shall file an appropriate motion within the time limit and procedures outlined in the undersigned magistrate judge's chambers rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

4. Plaintiffs shall file their opening brief in support of their motion for class certification on or before **March 26, 2018**. Plaintiffs' counsel must obtain a motion hearing date from Judge Houston's law clerk prior to filing the motion. On that same date, Plaintiffs must disclose all experts relied upon in support of their motion in compliance with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure.

5. Plaintiffs must make their experts available for deposition by **April 27, 2018**. The parties shall comply with the same procedures set forth in the paragraph governing fact discovery.

6. Defendant General Motors LLC shall file its brief in opposition to Plaintiffs' motion for class certification on or before **May 29, 2018**. On that same date, Defendant must disclose all experts relied upon in support of its opposition in compliance with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure.

7. Defendant must make its experts available for deposition by **June 29, 2018**. The parties shall comply with the same procedures set forth in the paragraph governing fact discovery.

8. Plaintiffs shall file their reply brief in support of their motion for class certification on or before **July 13, 2018**.

9. The dates and times set forth herein will not be modified except for good cause shown.

10. Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of court. No reply memorandum shall exceed ten (10) pages without leave of court. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

11. Plaintiffs' counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED**.

Dated: August 25, 2017

Honorable Jan M. Adler
United States Magistrate Judge