UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO J. BECERRA, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 15CV2365 JAH (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY SCHEDULE [ECF No. 63];**<br><br>**AMENDED SCHEDULING ORDER THROUGH CLASS CERTIFICATION MOTION BRIEFING** |

The Court convened a Case Management Conference on February 8, 2018, during which the Court discussed the Joint Motion to Extend Discovery Schedule filed by the parties on January 31, 2018. (ECF No. 63.) For the reasons set forth in the joint motion, and after conferring with counsel, the Court hereby issues the following amended scheduling order through class certification motion briefing:

　　1.　Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **October 30, 2017**.

　　2.　A telephonic Case Management Conference will be held on **May 24, 2018** at **9:30 a.m.** Counsel for each party shall participate in the conference, and shall use the following call-in information: Dial-In Number 866-590-5055, Access

1

Code 2275709.

3. All fact discovery necessary for briefing Plaintiffs' forthcoming motion for class certification shall be completed by all parties by **August 24, 2018**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel shall file an appropriate motion within the time limit and procedures outlined in the undersigned magistrate judge's chambers rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

4. Plaintiffs shall file their opening brief in support of their motion for class certification on or before **September 24, 2018**. Plaintiffs' counsel must obtain a motion hearing date from Judge Houston's law clerk prior to filing the motion. On that same date, Plaintiffs must disclose all experts relied upon in support of their motion in compliance with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure.

5. Plaintiffs must make their experts available for deposition by **October 26, 2018**. The parties shall comply with the same procedures set forth in the paragraph governing fact discovery.

6. Defendant General Motors LLC shall file its brief in opposition to Plaintiffs' motion for class certification on or before **November 26, 2018**. On that

2

15CV2365 JAH (JMA)

same date, Defendant must disclose all experts relied upon in support of its opposition in compliance with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure.

7. Defendant must make its experts available for deposition by **December 28, 2018**. The parties shall comply with the same procedures set forth in the paragraph governing fact discovery.

8. Plaintiffs shall file their reply brief in support of their motion for class certification on or before **January 14, 2019**.

9. No further extensions of this schedule shall be granted absent extraordinary circumstances.

10. Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of court. No reply memorandum shall exceed ten (10) pages without leave of court. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

**IT IS SO ORDERED**.

Dated: February 8, 2018

Honorable Jan M. Adler
United States Magistrate Judge