UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO J. BECERRA, et al., <br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, et al.,<br><br>Defendants. | Case No.:  15CV2365 JAH (JMA)<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court convened a Case Management Conference on May 30, 2018. **IT IS HEREBY ORDERED**:

1. Defendant shall provide supplemental responses and complete its production of additional documents responsive to Plaintiffs' outstanding document requests by no later than June 29, 2018. Defendant shall indicate, where applicable, if responsive documents do not exist or if it is unable to locate responsive documents after a diligent search.

//
//
//
//
//

2.  Counsel shall thoroughly meet and confer, in person if possible or, at a minimum, by telephone, regarding any disputed issues before filing any discovery motions before the Court.

**IT IS SO ORDERED**.

Dated:  May 31, 2018

_____
Honorable Jan M. Adler
United States Magistrate Judge