1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Benjamin Heikali, SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: bheikali@faruqilaw.com

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

ARMANDO J. BECERRA,
GUILLERMO RUELAS, ROBERT
STEWART, and STEVE WILSON, on
behalf of themselves and those
similarly situated,

         Plaintiffs,

      v.

GENERAL MOTORS LLC
AND DOES 1 through 100,

         Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:15-CV-2365-JAH-JMA

**PLAINTIFFS' NOTICE OF
MOTION AND MOTION TO ADD
ADDITIONAL CLASS
REPRESENTATIVES**

Date:  Dec. 3, 2018
Time: 2:30 P.M.
Judge: John A. Houston
Courtroom: 13B

**TO THE COURT, DEFENDANT, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 3, 2018 at 2:30 P.M. or as soon as the matter may be heard, in the courtroom of the Honorable John. A. Houston at the United States Court for the Southern District of California, 333 West Broadway, Suite 1380, San Diego, California, 92101, Plaintiffs Guillermo Ruelas and Steve Wilson ("Plaintiffs") will, and hereby do, move the Court for an order permitting current Class Vehicle owners Tom Rooney and Debbie Heard ("Proposed Additional Class Representatives") to serve as class representatives on behalf of Plaintiffs' proposed injunctive relief class.

This Notice of Motion and Motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Benjamin Heikali, all pleadings and papers filed in this action, and such other arguments and evidence as may properly come before the Court.

Dated: September 24, 2018          Respectfully submitted,

By: s/ *Benjamin Heikali*
          Attorney for Plaintiff
          Email: bheikali@faruqilaw.com

Benjamin Heikali, SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: bheikali@faruqilaw.com

Adam Gonnelli (*Admitted pro hac vice*)
**THE SULTZER LAW GROUP**
280 Highway 35
Suite 304
Red Bank, NJ 07701
Telephone: (732) 741-4290

-2-

1

Facsimile: (888) 749-7747
Email: gonnellia@thesultzterlawgroup.com

2

3

Bonner Walsh (*Admitted pro hac vice*)
**WALSH PLLC**

4

1561 Long Haul Road
Grangeville, ID 83530

5

Telephone: (541) 359-2827
Facsimile: (866) 503-8206

6

Email: bonner@walshpllc.com

7

8

Steven L. Marchbanks, Bar No. 214686
**PREMIER LEGAL CENTER, A.P.C.**

9

501 W. Broadway, Suite 1095
San Diego, CA  92101

10

Telephone: (619) 235-3200
Facsimile: (619) 235-3300

11

Email:  steve@premierlegalcenter.com

12

13

Craig M. Patrick, Bar No. 255849
**PATRICK LAW FIRM, P.C.**

14

6244 E. Lovers Lane
Dallas, TX 75214

15

Telephone: (214) 390-3343
Facsimile: (469) 914-6565

16

Email:  craigpatrick@att.net

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ADD ADDITIONAL CLASS
REPRESENTATIVES
[CASE NO. 15CV2365 JAH JMA]**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2018, I electronically filed and submitted the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

Executed on September 24, 2018, in Los Angeles, California.


By: *s/ Benjamin Heikali*
      Attorney for Plaintiffs
      Email: bheikali@faruqilaw.com