1 Benjamin Heikali, SBN 307466
**FARUQI & FARUQI, LLP**
2 10866 Wilshire Boulevard, Suite 1470
3 Los Angeles, CA 90024
Telephone: (424) 256-2884
4 Facsimile: (424) 256-2885
5 Email: bheikali@faruqilaw.com

6 *Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO J. BECERRA, GUILLERMO RUELAS, ROBERT STEWART, and STEVE WILSON, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC AND DOES 1 through 100,<br><br>Defendant. | CASE NO. 15CV2365 JAH JMA<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Judge: John A. Houston<br>Courtroom: 13B<br><br>Hearing Date: Feb 4, 2019<br>Time: 2:30 P.M. |

1 **TO THE COURT, DEFENDANT, AND ALL ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that, on February 4, 2019, at 2:30 p.m., or as soon
3 as the matter may be heard, in Courtroom 13B of the above-referenced Court, located
4 at 333 West Broadway, Suite 1380, San Diego, California, 92101, pursuant to Fed.
5 R. Civ. P. 23, Plaintiffs Guillermo Ruelas and Steve Wilson ("Plaintiffs"), on behalf
6 of themselves and others similarly situated, will and hereby do move this Court to
7 certify their claims against Defendant General Motors, LLC, designate Plaintiffs as
8 class representatives,[1] and appoint The Sultzer Law Group, Faruqi & Faruqi, LLP,
9 Walsh PLLC, and the Patrick Law Firm, P.C. as Co-Lead Class Counsel.

10     The Motion is based on this Notice of Motion and Motion, the accompanying
11 Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class
12 Certification, the Declaration of Adam Gonnelli in Support of Motion for Class
13 Certification, the Declaration of Bonner Walsh in Support of Motion for Class
14 Certification, the Expert Report of Jeffrey Muttart, the Expert Report of Susan
15 Thompson, the files and records in this case, and such argument and further filings
16 and evidence as this Court may receive on this Motion.

17 Dated: September 24, 2018          Respectfully submitted,

19            By: s/ *Benjamin Heikali*
                Attorney for Plaintiffs
                Email: bheikali@faruqilaw.com
                Benjamin Heikali, SBN 307466
                **FARUQI & FARUQI, LLP**
                10866 Wilshire Boulevard, Suite 1470
                Los Angeles, CA 90024
                Telephone: (424) 256-2884
                Facsimile: (424) 256-2885

---

[1] As explained in Plaintiffs' concurrently filed Motion to Add Additional Class Representatives, Plaintiffs also seek to add Tom Rooney and Debbie Heard as class representatives.

Adam Gonnelli (*Admitted pro hac vice*)
**THE SULTZER LAW GROUP**
280 Highway 35
Suite 304
Red Bank, NJ 07701
Telephone: (732) 741-4290
Facsimile: (888) 749-7747
Email: gonnellia@thesultzerlawgroup.com

Bonner Walsh (*Admitted pro hac vice*)
**WALSH PLLC**
21810 Pine Crest Dr.
Bly, Oregon 97622
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
Email: bonner@walshpllc.com

Steven L. Marchbanks, Bar No. 214686
**PREMIER LEGAL CENTER, A.P.C.**
501 W. Broadway, Suite 1095
San Diego, CA 92101
Telephone: (619) 235-3200
Facsimile: (619) 235-3300
Email: steve@premierlegalcenter.com

Craig M. Patrick, Bar No. 255849
**PATRICK LAW FIRM, P.C.**
6244 E. Lovers Lane
Dallas, TX 75214
Telephone: (214) 390-3343
Facsimile: (469) 914-6565
Email: craigpatrick@att.net

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2018, I electronically filed and submitted the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

Executed on September 24, 2018, in Los Angeles, California.

By: *s/ Benjamin Heikali*
    Attorney for Plaintiffs
    Email: bheikali@faruqilaw.com